## SENTENCE DATA SHEET

**DEFENDANT:** SANJAY KUMAR

**CRIMINAL NO:** H-24-385

**GUILTY PLEA:** Count One

**SUBSTANCE OF PLEA AGREEMENT:** The defendant agrees to plead guilty to Count One of the indictment and waive his rights to appeal and collaterally attack his conviction and sentence. The parties also agree to make certain sentencing guideline recommendations described in the plea agreement. The United States agrees not to oppose the defendant's request for full acceptance of responsibility and to dismiss the remaining counts of the indictment after sentencing.

**COUNT ONE:** Conspiracy to Traffic in Counterfeit Goods- 18 U.S.C. § 2320.

**CONSPIRACY ELEMENTS:**

1. That the Defendant and at least one other person made an agreement to commit the crime of Trafficking in Counterfeit Goods as charged in the indictment;

2. That the Defendant knew the unlawful purpose of the agreement and joined in it willfully, that is, with the intent to further the unlawful purpose; and

3. That one of the conspirators during the existence of the conspiracy knowingly committed at least one of the overt acts described in the indictment, in order to accomplish

some object or purpose of the conspiracy.

**PENALTY:** Imprisonment not to exceed twenty (20) years and/or a fine up to $5,000,000.

**Trafficking in Counterfeit Goods**- 18 U.S.C. §2320(a)(4)

**ELEMENTS:**
1. That the Defendant trafficked in a drug;
2. That the defendant knowingly used a counterfeit mark on or in connection with such drug; and
3. That such trafficking was intentional.

Fifth Circuit Pattern Jury Instructions, No. 2.91D (2019).

**ALTERNATIVE FINE BASED ON GAIN OR LOSS 18 U.S.C. 3571(d):** Not Applicable.

**IMMIGRATION STATUS:** U.S. citizen

**SENTENCING GUIDELINES:** Advisory

**SUPERVISED RELEASE:** Not to exceed three years (18 U.S.C. §3583). If at any time the defendant violates any of the conditions of supervised release,

then the defendant may be imprisoned for up to two years without credit for time already served on supervised release (18 U.S.C. § 3583(e)(3)).

**SPECIAL ASSESSMENT:** $100 per count of conviction

**ATTACHMENT:** plea agreement